UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-448 (DWF/JSM)

United States of America,
        Plaintiff,

v.

Joel Leslie Wells,
        Defendant.

_____

MOTION FOR DISCOVERY OF
RULE 16(a) (1) (E) EVIDENCE

      The Defendant, through his attorney, respectfully moves the Court for an Order directing that the government disclose expert witness information, pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure. Effective December 1, 1993, the Federal Rules were amended to require disclosure of specific information regarding expert opinion testimony upon the request of the defense.

      The Court-Ordered discovery should include the following:

1. A written summary of all testimony the government intends to introduce under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case in chief at trial;

2. A description of the witness' opinions, including the bases and reasons therefore; and a record of the witness' qualifications.

3. As is the practice with the other disclosures required by Rule 16, we request that the production of this information be ordered to take place forthwith.

Dated: January 2, 2008

Respectfully submitted,

   s/ Rick E. Mattox
Rick E. Mattox
Attorney I.D. No. 0068731
Attorney for Defendant
Franklin Trail Office Building, Suite 250
16670 Franklin Trail
Prior Lake, MN  55372
952/469-2299