# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTICE OF APPEARANCE**

United States of America

|  |  |
|---|---|
| Plaintiff(s) | Case No: 07-448 |

v.

Joel Leslie Wells

Defendant(s)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Earl P. Gray, shall appear as counsel of record for Defendant Joel Wells in this case.

Dated: April 27, 2009

                                         s/Earl P. Gray
                                         Earl P. Gray #37072
                                         Attorney for Defendant Joel Wells
                                         332 Minnesota Street
                                         Suite W1610
                                         St. Paul, Minnesota 55101
                                         651-223-5175