# UNITED STATES DISTRICT COURT

_____   **DISTRICT OF MINNESOTA**   _____

| | |
|---|---|
| United States of America, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No:   07CR448 |
| v. | |
| Joel Leslie Wells, | |
| Defendant(s) | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Earl P. Gray, currently listed as counsel of record for Defendant Joel Leslie Wells wishes to withdraw as counsel for Defendant Joel Leslie Wells in this case for the following reason(s):

> Defendant Joel Wells terminated the lawyer client relationship on the record in front of Judge Donovan Frank on October 14, 2009.

Dated:  December 8, 2009         s/Earl P. Gray
                                 Earl P. Gray #37072
                                 332 Minnesota Street
                                 Suite W1610
                                 St. Paul, MN   55101
                                 651-223-5175