# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                    Criminal No. 07-448 (DWF/RLE)

      Plaintiff,

v.                                                                    **ORDER**

Joel Leslie Wells,

      Defendant.

---

William J. Otteson, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Joel Leslie Wells, *Pro Se*, Defendant.

---

The above-entitled matter is before the Court on motions filed by Defendant Joel Leslie Wells ("Defendant") on his own behalf requesting that one of his former attorneys, Earl Gray, provide any file materials to him (*see* Doc. Nos. [350] and [352]).

Based upon the Court's review of the file, the requests of Joel Leslie Wells, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1.  The Court respectfully requests that Earl Gray submit a response to the Defendant's motion as well as provide copies to the Defendant and the United States Attorney's Office on or before August 15, 2011. Further, the Clerk of the United States

District Court - District of Minnesota is respectfully directed to send a copy of this Order by United States mail to attorney Earl Gray.

Dated:  August 3, 2011                <u>s/Donovan W. Frank</u>
                                              DONOVAN W. FRANK
                                              United States District Judge